1 **ROBERT E. DAVIES, ESQ. / SBN 106810**
rdavies@donahuedavies.com
2 **MARY A. STEWART, ESQ. / SBN 106758**
mstewart@donahuedavies.com
3 **GREGORY A. NELSON, ESQ. / SBN 274926**
gnelson@donahuedavies.com
4 **DONAHUE • DAVIES LLP**
P.O. BOX 277010
5 Sacramento, CA  95827
Telephone: (916) 817-2900
6 Facsimile:  (916) 817-2644

7 Attorneys for Defendant,
SKYVIEW AVIATION LLC

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| GLOBAL AEROSPACE (NORTH AMERICA), INC., a Delaware Corporation; CIRRUS DESIGN CORPORATION dba CIRRUS AIRCRAFT, a Minnesota Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SKYVIEW AVIATION LLC, a California Limited Liability Company and DOES 1-50,<br><br>Defendants. | Case No. 2:17-CV-00147-JAM-KJN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; and**<br><br>**ORDER ON STIPULATION** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), each party to bear their own costs and fees.

///

///

///

///

**IT IS SO STIPULATED.**

                                              **BRYAN CAVE LLP**

Dated: December 19, 2017        By: /s/_____
                                              Shalem A. Massey, Esq.
                                              Dylan S. Kornbluth, Esq.
                                              Attorneys for Plaintiffs, GLOBAL AEROSPACE (NORTH AMERICA), INC., a Delaware Corporation and CIRRUS DESIGN CORPORATION dba CIRRUS AIRCRAFT, a Minnesota Corporation

Dated: December ___, 2017        **DONAHUE DAVIES LLP**

                                              By: /s/_____
                                              Robert E. Davies
                                              Stephen J. Mackey, Esq.
                                              Mary A. Stewart, Esq.
                                              Gregory A. Nelson, Esq.
                                              Attorneys for Defendant,
                                              SKYVIEW AVIATION LLC

## ORDER OF DISMISSAL WITH PREJUDICE ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to stipulation by and between the parties to this action through their designated counsel the entire above-captioned action is hereby dismissed with prejudice, each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: December 22, 2017            /s/ John A. Mendez
                                                  United States District Court Judge